IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLY F. NEALS**, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| ) | 2:10cv1291 |
| v. ) | **Electronic Mail** |
| ) | |
| **MORTGAGE GUARANTEE INSURANCE CORPORATION**, ) ) ) | Judge Cercone Magistrate Judge Mitchell |
| Defendant. ) | |

## MEMORANDUM ORDER

AND NOW, this ___18___ day of May, 2011, after the defendant filed a motion to dismiss the amended complaint, and after a Report and Recommendation of the United States Magistrate Judge was issued, and the parties were accorded fourteen days in which to file written objections thereto, and upon consideration of the objections filed by the parties, and their response to those objections, as well as the defendant's request for oral argument on its objections, and after independent review of the pleadings, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the defendant's motion to dismiss the amended complaint (Document No. 16) is granted as to Counts II and III and as to claims asserted under 42 U.S.C. §§ 3604(a) and 3605 in Count I, and denied in all other respects.

IT IS FURTHER ORDERED that the defendant's petition for oral argument on its objections (Document No. 30) is denied.

David Stewart Cercone
United States District Judge

cc: Adrian N. Roe, Esquire
Michael D. Simon, Esquire
Bruce E. Rende, Esquire
Erin J. Dolfi, Esquire
Jay N. Varon, Esquire
Michael C. Lueder, Esquire

*(Via CM/ECF Electronic Mail)*